Jindrich WALDES, Ignatz Puc, Edward Merzinger and Sigmund Waldes, Copartners Doing Business under the Firm Name and Style of Waldes & Co., Plaintiffs Appellants, v. William SCHALL and Carl Muller, Copartners Doing Business under the Firm Name and Style of Muller, Schall & Co., Defendants Appellees.

(Circuit Court of Appeals, Second Circuit. Decided January 15, 1926.)

No. 12.

Appeal from final decree in equity entered in the District Court for the Southern District of New York.

Burnstine & Geist, of New York City (Julius M. Mayer, Henry C. Burnstine, and Frederick P. Warfield, all of New York City, of counsel), for appellants.

Avery & Whiting, of New York City (Jay E. Whiting and Earl B. Barnes, both of New York City, of counsel), for appellees.

HOUGH, MANTON and HAND, Circuit Judges.

PER CURIAM. We are entirely satisfied with the findings of fact made by the master. They dispose of the case, and decree [11 F.(2d) 444] is affirmed, with costs, on the master's opinion.